**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

LUZ MARIA LUEVANOS,

       Plaintiff,

v.                                 No. CV 20-993 RB/CG

WORLD WIDE TECHNOLOGY, LLC, AND
BG STAFFING, INC.,

       Defendants.

### ORDER ADOPTING JOINT STATUS REPORT
### AND PROVISIONAL DISCOVERY PLAN

     **THIS MATTER** is before the Court on the Rule 16 Initial Scheduling Conference

and the parties' *Joint Status Report and Provisional Discovery Plan*, (Doc. 12), filed

October 28, 2020. The Court adopts the *Joint Status Report and Provisional Discovery*

*Plan* as modified by the dates designated in the Court's *Scheduling Order*, (Doc. 15).

     **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE