IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LUZ MARIA LUEVANOS,

    Plaintiff,

v.                                            No. CV 20-993 RB/CG

WORLD WIDE TECHNOLOGY, LLC, AND
BG STAFFING, INC.,

    Defendants.

## ORDER EXTENDING DISCOVERY DEADLINES

**THIS MATTER** is before the Court upon Defendant World Wide Technology, LLC's *Unopposed Motion to Extend Time to Respond to Discovery* (the "Motion"), (Doc. 36), filed February 26, 2021. In the Motion, Defendant asks the Court to extend the deadline for it to respond to Plaintiff's "initial discovery requests," and explains "these extensions will not impact any Court deadlines." *Id.* at 1. The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Defendant World Wide Technology, LLC shall have until March 11, 2021, to respond to Plaintiff's initial discovery requests, and Plaintiff shall have until March 22, 2021, to respond to Defendant World Wide Technology, LLC's discover requests.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE