**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

LUZ MARIA LUEVANOS,

      Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　　　No. CV 20-993 RB/CG

WORLD WIDE TECHNOLOGY, LLC, AND
BG STAFFING, INC.,

      Defendants.

### ORDER RESETTING TELEPHONIC PRE-SETTLEMENT STATUS CONFERENCE

**IT IS HEREBY ORDERED** that the previously scheduled Telephonic Pre-Settlement Conference set for **Wednesday, April 21, 2021, at 2:30 p.m.,** is **RESET** for **Monday, April 19, 2021, at 2:30 p.m.** The parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

**IT IS SO ORDERED.**

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE