IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LUZ MARIA LUEVANOS,

    Plaintiff,

v.                                        No. CV 20-993 RB/CG

WORLD WIDE TECHNOLOGY, LLC, AND
BG STAFFING, INC.,

    Defendants.

## ORDER FOR CLOSING DOCUMENTS AND VACATING PRE-SETTLEMENT AND SETTLEMENT CONFERENCES

**THIS MATTER** is before the Court upon review of the record. Defendant World Wide Technology, LLC indicates in its *Notice of Settlement*, (Doc. 48), filed April 12, 2021, that "the parties have settled the dispute underlying this proceeding and are working together on settlement documents."

**IT IS THEREFORE ORDERED** that the parties shall submit closing documents no later than **May 13, 2021**.

**IT IS FURTHER ORDERED** that the pre-settlement status conference scheduled for **April 19, 2021, at 2:30 p.m.**, and the settlement conference scheduled for **April 27, 2021, at 9:00 a.m.** are **VACATED**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE