# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

LUZ MARIA LUEVANOS,

    Plaintiff,

v.                                                                                   No. CV 20-993 RB/CG

WORLD WIDE TECHNOLOGY, LLC, AND
BG STAFFING, INC.,

    Defendants.

## ORDER EXTENDING DEADLINE FOR CLOSING DOCUMENTS

**THIS MATTER** is before the Court on the parties' *Joint Motion for Extension to File Closing Documents*, (the "Motion"), (Doc. 50), filed May 14, 2021. In the Motion, the parties request an extension to June 11, 2021, to submit closing documents. *Id.* at 1. The parties state "[a] Release of All Claims has been fully executed by the parties; however, funding has not yet occurred." *Id.* The Court, having reviewed the Motion and noting it is filed jointly, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that the parties shall submit closing documents by **June 11, 2021**. If further need for an extension arises, the parties are instructed to file a formal motion on the record.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE