# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

LUZ MARIA LUEVANOS,

       Plaintiff,                           Case No. 2:20-cv-00993-RB-CG

vs.

WORLD WIDE TECHNOLOGY, LLC, and
BG STAFFING, INC.,

       Defendant.

## ORDER OF DISMISSAL

This matter is before the Court on a *Joint Stipulation of Dismissal* filed by Plaintiff and Defendants. (Doc. 52.) Having considered the motion, the submissions of the parties, and the other papers on file in this case, the Court finds the motion should be, in all things, **GRANTED**.

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that all claims asserted by Plaintiff against Defendants are **DISMISSED WITH PREJUDICE TO RE-FILING SAME**, and with costs of suit and attorneys' fees taxed against the party incurring same.

                                              ROBERT C. BRACK
                                              SENIOR U.S. DISTRICT JUDGE

**AGREED:**

*/s/Lisa A. Elizondo*
**LISA A. ELIZONDO**
**ATTORNEY FOR PLAINTIFF**


*/s/ Derek T. Rollins*
**DEREK T. ROLLINS**
**ATTORNEY FOR DEFENDANT BG STAFFING**


*/s/ Charlotte Lamont*
**CHARLOTTE LAMONT**
**ATTORNEY FOR DEFENDANT WWT**